UNITED STATES DISTRICT COURT

Northern District of California

JOHNSTONE

                Plaintiff(s),

   v.

CITY OF SAN CARLOS ET AL

                Defendant(s).
_____/

No. C 09-04872 MEJ

**NOTICE OF REASSIGNMENT**

**ORDER SCHEDULING CMC**

     This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case number, as designated above.  The parties shall comply with the undersigned's standing orders, which may be found online on the Court's website.

     The Court shall conduct a case management conference on February 11, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  All case management and ADR deadlines shall be adjusted accordingly.  Plaintiff shall serve this Order upon all parties..

     **IT IS SO ORDERED.**

Dated: October 22, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge