UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JOHNSTONE,

    Plaintiff,

    v.

CITY OF SAN CARLOS, et al.,

    Defendants.

_____/

No. C 09-4872 PJH

**ORDER**

The court is in receipt of a letter filed by plaintiff's counsel, in which counsel notes that he inadvertently failed to include pages 11 and 12 in his opposition brief to defendant City of San Carlos and Jeff McCourtie's motion to dismiss.

If plaintiff wishes pages 11 and 12 of his opposition to be taken into consideration by the court, plaintiff is hereby instructed to electronically file in the docket the missing pages to his opposition brief, as soon as possible and in any event no later than Monday, February 8. If defendant thereafter wishes to reply to any substantive argument raised in plaintiff's missing brief pages, defendant shall do so orally, at the hearing on the motions.

**IT IS SO ORDERED.**

Dated: February 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge