Andrew F. Pierce (SB #101889)
Jacquetta M. Lannan (SB #247811)
PIERCE & SHEARER LLP
2465 E. Bayshore Road, Suite 403
Palo Alto, CA 94303
Phone: (650) 843-1900
Fax: (650) 843-1999

Attorneys for Plaintiff
MATTHEW JOHNSTONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MATTHEW JOHNSTONE,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF SAN CARLOS, a government entity, COUNTY OF SAN MATEO, a government entity, JEFF MCCOURTIE, an individual, JAMES P. FOX, an individual, STEPHEN M. WAGSTAFFE, an individual, RICK GOOD, an individual,<br><br>                Defendants. | Case No. C09 04872 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses Defendants James P. Fox, Stephen M. Wagstaffe and Rick Good, without prejudice.

PIERCE & SHEARER LLP

Dated: March 19, 2010         By _____/S/_____
                              Andrew F. Pierce
                              Attorney for Plaintiff

                              3/29/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-1-

NOTICE OF VOLUNTARY DISMISSAL