United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JOHNSTONE,

    Plaintiff(s),

    v.

CITY OF SAN CARLOS, et al.,

    Defendant(s).

_____/

No. C 09-4872 PJH

**ORDER**

The parties have stipulated to a 30-day extension of the deadline for hearing dispositive motions, despite the fact that the case management and pretrial order clearly advises the parties that they may not change the pretrial dates by stipulation and that the court hears dispositive motions no later than 120 days before trial.  The pretrial conference is scheduled for June 30, 2011, making the pretrial papers due on May 30, 2011.  A hearing date of April 25, 2011 (which is really April 27 as the court's law and motion day is Wednesday) would allow the court four weeks instead of eight weeks to resolve the motion and issue an order before the pretrial papers are due.  The court expects that the parties would prefer to have a ruling before they prepare and file their pretrial papers.  Given the court's trial schedule and heavy motion calendars, four weeks is insufficient.  Accordingly, the court will grant a limited continuance of the dispositive motions hearing date to April 6, 2011.

**IT IS SO ORDERED.**

Dated: January 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge